## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**GARY LEON WEBSTER**                                                                **PLAINTIFF**
**ADC #114018**


**v.**                                    **NO. 3:22-CV-00071-BSM**

**PIGG, Police Officer,**
**Jonesboro Police Department**                                             **DEFENDANT**

### ORDER

Gary Webster's motion to proceed *in forma pauperis* [Doc. No. 1] is denied because he has received at least three strikes under PLRA. *See Webster v. Does*, 3:19-CV-00059 DPM (E.D. Ark.); *Webster v. Pigg*, 3:19-CV-00060 DPM (E.D. Ark.); and *Webster v. Day Inn Motels, Inc., et al.*, 3:19-CV-00078 DPM (E.D. Ark.). Based on the allegations in his compliant, it does not appear that Webster is in imminent danger of serious physical injury. *See* 28 U.S.C. § 1915(g).

Accordingly, this case is dismissed without prejudice. If Webster would like to continue with this case, he must first pay the filing fee of $402 to the clerk, noting the above style and case number, within thirty days of the date of this order along with a motion to reopen this case. Upon receipt of the full filing fee and his motion, this case will be reopened. An *in forma pauperis* appeal would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 30th day of March, 2022.

_____
UNITED STATES DISTRICT JUDGE