# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**GARY LEON WEBSTER**  **PLAINTIFF**
**ADC #114018**

v.   NO. 3:22-CV-00071-BSM

**PIGG, Police Officer,**
**Jonesboro Police Department**   **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 30th day of March, 2022.

*Brian S. Miller*
UNITED STATES DISTRICT JUDGE